**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Savon Thomas et al.,** | **Case No. 1:19-CV-01696** |
| **Plaintiffs,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **Amazon.com Services, Inc., et al.,** | **CASE MANAGEMENT CONFERENCE ORDER** |
| **Defendants.** | |

A Case Management Conference ("CMC") was held in this matter **on 6/23/2020.** The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. This case is assigned to the **standard** track.

2. This case was referred to Alternative Dispute Resolution ("ADR"):

   Yes_____   No __X___   Decision delayed _____

   If yes, by the following ADR process:  Early Neutral Evaluation _____   Mediation _____

   Arbitration _____   Summary Jury Trial _____   Summary Bench Trial _____

3. The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) at this time.

4. The **pleadings shall be amended without leave of Court and new parties shall be joined on or before 7/7/2020.**

5. Parties will exchange pre-discovery disclosures by **7/7/2020**

6. **Electronically Stored Information**. The Parties have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. **Schedule for Conditional Class Certification, Opt-In Discovery, and Notice**:

Where parties are not in agreement regarding certification, the deadline for discovery regarding certification motions is 10/30/2020.  Plaintiff's Motion for Certification is due 12/30/2020. Response shall be due no later than 2/12/2021.

8. Plaintiff(s)' depositions due by: 10/30/2020. Defendant(s)' 30(b) depositions due by: 10/30/2020

9. **All other non-expert discovery shall be completed by 10/30/2020.** Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track. The Court directs the parties to comply with Local Rule 37.1 before filing any motions  seeking aid from the Court in discovery matters.

10. **Expert discovery shall be completed by 12/30/2020.** The party initially seeking to introduce expert testimony shall exchange his or her Expert Report on or before 10/30/2020.  Responsive Expert Reports shall be exchanged on or before 11/30/2020.

11. **Dispositive Motions shall be filed 30 days after a ruling on the motion for class certification.**  Responses to dispositive motions must be filed within thirty (30) days of the service of the dispositive motion.  Replies must be filed within fourteen (14) days of the service of the response.  (See Local Rule 7.1).  No sur-reply brief may be filed without leave of Court.  No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

12. An **in-person status conference with lead counsel is set for 12/2/2020 at 1:30 p.m**. Counsel shall confer within five (5) business days of the scheduled  conference to discuss outstanding issues

and respective positions as to settlement. Counsel shall provide to the Court within three (3) business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Reports need not be filed, but may be delivered via email to Barker_Chambers@ohnd.uscourts.gov

**IT IS SO ORDERED**.

                                                    S/ Pamela A. Barker
                                                   PAMELA A. BARKER
Date: June 24, 2020                              U. S. DISTRICT JUDGE