# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SAVON THOMAS & COLLEEN E. MCLAUGHLIN, | ) ) ) |
| Plaintiffs, | ) Case No. 1:19-cv-01696-PAB ) |
| v. | ) ) Judge Pamela A. Barker |
| AMAZON.COM SERVICES, INC. & AMAZON.COM, INC., | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE OF GABRIEL SHECHTER

Gabriel Shechter of Morgan, Lewis & Bockius hereby requests leave to withdraw his appearance.

Defendants Amazon.com Services, Inc. and Amazon.com, Inc. will continue to be represented by Andrew Barber, Sari M. Alamuddin, Kevin F. Gaffney, Joseph A. Nuccio, and Richard G. Rosenblatt, all of the law firm Morgan, Lewis & Bockius. The aforementioned attorneys have all entered appearances in this matter.

WHEREFORE, Gabriel Shechter requests the Court remove him as attorney of record.

Date: August 14, 2020

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Gabriel Shechter*
Sari M. Alamuddin (admitted *pro hac vice*)
sari.alamuddin@morganlewis.com
Kevin F. Gaffney (admitted *pro hac vice*)
kevin.gaffney@morganlewis.com
Gabriel Shechter (admitted *pro hac vice*)
gabriel.shechter@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601

Tel: (312) 324-1000
Fax: (312) 324-1001

Andrew J. Barber (OH ID No. 0091160)
andrew.barber@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Fl.
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 560.7449
Fax: (412)560.7001

Richard G. Rosenblatt (admitted *pro hac vice)*
richard.rosenblatt@morganlewis.com
Joseph A. Nuccio (admitted *pro hac vice*)
joseph.nuccio@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: (609) 919-6600
Fax: (609) 919-6701

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I, Gabriel Shechter, an attorney, hereby certify that on August 14, 2020, I electronically filed a copy of the foregoing Motion to Withdraw through the Court's CM/ECF filing system, which will transmit notice of such filing to all counsel of record.

                                                            */s/ Gabriel Shechter*
                                                             Gabriel Shechter