UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SAVON THOMAS, on behalf of himself and all others similarly situated, | ) Case No. 1:19-cv-01696 |
| Plaintiff,, | ) |
| v. | ) Judge J. Philip Calabrese |
| | ) |
| AMAZON.COM SERVICES, INC., et al., | ) Magistrate Judge Thomas M. Parker |
| | ) |
| Defendant. | ) |

# **JUDGMENT**

The Court filed its Opinion and Order in this matter.

Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated:  September 22,  2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio